JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DOUGLAS BLUE,<br><br>              Plaintiff,<br><br>      v.<br><br>UNKNOWN, et al.,<br><br>              Defendants. | Case No. 5:17-cv-008914-DSF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 9/7/18

                                                          _____
                                                          HONORABLE DALE S. FISCHER
                                                          United States District Judge